## **INDEX OF EXHIBITS**

- A.     Subpoena to Bank of Texas
- B.     Plaintiff's Complaint
- C.     02/2/2022 E-mail and Letter
- D.     02/03/2022 E-mail
- E.     02/21/2022 E-mail
- F.     02/22/2022 E-mail
- G.     Unpublished cases
- H.     3/18/22 E-mail