# Exhibit C

**Hofman, Herman D.**

| | |
|---|---|
| **From:** | Clayman, John <JClayman@fdlaw.com> |
| **Sent:** | Wednesday, February 2, 2022 6:29 PM |
| **To:** | Hofman, Herman D. |
| **Cc:** | Caywood, Candace; Simms, Amber; eparzianello@hspplc.com; kmajewski@hspplc.com; sdenenfeld@lewisreedallen.com; Clayman, John |
| **Subject:** | BOKF/Ortiz v. Nelms (123.001) - Response to Subpoena |
| **Attachments:** | 2022-02-02 Herman D. Hofman, Esq..pdf; 2022-02-28 - Nelms et al..pdf |

Good evening Mr. Hofman:

      Please see the attached.  Thank you.  Best regards.

John D. Clayman
Admitted in Oklahoma and Texas
**FREDERIC DORWART, LAWYERS PLLC**
Old City Hall
124 East Fourth Street
Tulsa, Oklahoma  74103
(918) 583-9965 (Direct Tel. No.)
(918) 583-9922 (General Office No.)
(918) 584-2729 (Facsimile No.)
(918) 606-2974 (Mobile No.)
jclayman@fdlaw.com
Legal Assistant:  Candace Caywood, ccaywood@fdlaw.com

FREDERIC DORWART
        LAWYERS PLLC

This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.

**FREDERIC DORWART, LAWYERS** PLLC

OLD CITY HALL

124 EAST FOURTH STREET

TULSA, OKLAHOMA 74103-5010

JOHN D. CLAYMAN
DIRECT (918) 583-9965
EMAIL jclayman@fdlaw.com

OFFICE     (918) 583-9922
FACSIMILE (918) 583-8251

February 2, 2022

**VIA SCANNED E-MAIL ONLY**

Herman D. Hofman, Esq.
VARNUM
Bridgewater Place
Grand Rapids, Michigan 49501-0352

RE:     ***BOKF, NA d/b/a Bank of Texas/Ortiz v. Nelms***
        ***Civil Action No. 1:21-CV-00495***
        ***Subpoena to Bank of Texas***

Dear Mr. Hofman:

Our law firm is general counsel to BOKF, NA d/b/a Bank of Texas ("BOKF"). Our office coordinates the production of documents for BOKF. We have recently been provided with a copy of the enclosed Subpoena.

The entities named in the Subpoena are not parties to the above-referenced action. In Texas, there is a provision known as the Texas Right to Financial Privacy Act, found at Tex. Fin. Code §59.006. Given that compliance with the Subpoena effectively takes place in the State of Texas, we respectfully believe the provisions of §59.006 apply to the Subpoena before any documents can be produced.

In order to protect the financial privacy of these BOKF customers, you will have to comply with the provisions of §59.006, including arranging for the expense of the production, before BOKF will be in a position to produce the documents. Accordingly, please treat this correspondence as BOKF's objection under FRCP Rule 45(d)(2)(B) because of the need to notify these entities of the Subpoena.

I'm happy to visit with you further on these matters so please don't hesitate to set up a call with me. Please let me know if you have any additional questions or comments.

Herman D. Hofman, Esq.
VARNUM
February 2, 2022
Page - 2 -

Sincerely,

John D. Clayman
For Frederic Dorwart, Lawyers PLLC

Enclosure

cc:    BOKF, NA Contacts (via scanned e-mail only w/enclosure)
       Eric Parzianello, Esq. (via scanned e-mail only w/enclosure)
       John A. Hubbard (via scanned e-mail only w/enclosure)
       Kevin C. Majewski, Esq. (via scanned e-mail only w/enclosure)