# Exhibit F

## Hofman, Herman D.

| | |
|---|---|
| **From:** | Clayman, John <JClayman@fdlaw.com> |
| **Sent:** | Tuesday, February 22, 2022 3:04 PM |
| **To:** | Hofman, Herman D. |
| **Cc:** | Caywood, Candace; Simms, Amber; Kevin Majewski; Clayman, John |
| **Subject:** | BOKF/Ortiz v. Nelms (123.001) - Response to Subpoena |
| **Attachments:** | 2022-02-22 Herman D. Hofman, Esq. w-Attachment.pdf |

Good afternoon again, Herman (and Kevin):

    Please see the attached.  Thank you.  Take care.


John D. Clayman
Admitted in Oklahoma and Texas
**FREDERIC DORWART, LAWYERS PLLC**
Old City Hall
124 East Fourth Street
Tulsa, Oklahoma  74103
(918) 583-9965 (Direct Tel. No.)
(918) 583-9922 (General Office No.)
(918) 584-2729 (Facsimile No.)
(918) 606-2974 (Mobile No.)
jclayman@fdlaw.com
Legal Assistant:  Candace Caywood, ccaywood@fdlaw.com

FREDERIC DORWART
      LAWYERS PLLC


This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.

**FREDERIC DORWART, LAWYERS PLLC**
OLD CITY HALL
124 EAST FOURTH STREET
TULSA, OKLAHOMA 74103-5010

JOHN D. CLAYMAN
DIRECT (918) 583-9965
EMAIL jclayman@fdlaw.com

OFFICE     (918) 583-9922
FACSIMILE (918) 583-8251

February 22, 2022

**VIA SCANNED E-MAIL ONLY**

Herman D. Hofman, Esq.
VARNUM
Bridgewater Place
Grand Rapids, Michigan 49501-0352

RE:   ***BOKF, NA d/b/a Bank of Texas/Ortiz v. Nelms***
      ***Civil Action No. 1:21-CV-00495***
      ***Subpoena to Bank of Texas***

Dear Herman:

Thank you for your phone call today regarding the production of documents involving MGMC, LP and Q Consolidated, Inc., entities I understand that are owned or controlled by Mr. Nelms. As we discussed, in light of Kevin Majewski's e-mail from February 21, 2022 (attached,), BOKF, NA d/b/a Bank of Texas is unable to produce documents given the objection of these bank customers. While I respect your legal research and analysis, Bank of Texas can't be in a position of producing documents when its customers will not consent even though no legal basis was provided.

Accordingly, Bank of Texas will require clarification from the Court on this issue. I appreciate your courtesy and cooperation. Please let me know if you have any additional questions or comments.

Sincerely,

*[signature]*

John D. Clayman
For Frederic Dorwart, Lawyers PLLC

Enclosure

cc:   BOKF, NA Contacts (via scanned e-mail only w/enclosure)
      Kevin C. Majewski, Esq. (via scanned e-mail only w/enclosure)

| | |
|---|---|
| **From:** | Kevin Majewski |
| **To:** | Clayman, John |
| **Cc:** | Caywood, Candace; sdenenfeld@lewisreedallen.com; Eric Parzianello |
| **Subject:** | RE: BOKF/Ortiz v. Nelms (123.001) - Response to Subpoena |
| **Date:** | Monday, February 21, 2022 1:40:02 PM |
| **Attachments:** | image001.png |

John,

Mr. Nelms will not consent to the release of the records pursuant to the subpoena. Please let me know if you have any questions or concerns. Thanks.

**KEVIN C. MAJEWSKI | ATTORNEY**
**HUBBARD SNITCHLER & PARZIANELLO PLC**

| MICHIGAN OFFICE | FLORIDA OFFICE |
|---|---|
| MAYFLOWER CENTRE | 5/3 CENTER AT MERCATO |
| 801 W. ANN ARBOR TRAIL | 999 VANDERBILT BEACH RD. |
| SUITE 240 | SUITE 200 |
| PLYMOUTH, MI 48170 | NAPLES, FL 34108 |
| 313.672.7300 | 239.325.1802 |
| 734.233.9335 (Direct) | |

**Admitted in MICHIGAN**
kmajewski@hspplc.com | www.hspplc.com

  START A RESOLUTION  

CONFIDENTIALITY NOTICE:
This message is confidential and may be privileged. If you received this in error, do not use or rely upon it. Please inform me by reply e-mail or call 313-672-7300 and then delete it.

**From:** Clayman, John <JClayman@fdlaw.com>
**Sent:** Wednesday, February 9, 2022 10:45 AM
**To:** Kevin Majewski <kmajewski@hspplc.com>
**Cc:** Caywood, Candace <CCaywood@fdlaw.com>; sdenenfeld@lewisreedallen.com; Eric Parzianello <eparzianello@hspplc.com>; Clayman, John <JClayman@fdlaw.com>
**Subject:** FW: BOKF/Ortiz v. Nelms (123.001) - Response to Subpoena

You don't often get email from jclayman@fdlaw.com. Learn why this is important

Good morning Kevin:

Hope you're doing well. I'm following up our Friday afternoon phone call about the position of Mr. Nelms on the production of documents pertaining to MGMC, LP and Q Consolidated, Inc. that had accounts with Bank of Texas. As we discussed, Herman Hofman provided me with case authority that Federal Rules of Procedure would take precedence over the Texas Right to Financial Privacy.

I look forward to hearing from you and appreciate your courtesy in this matter. Take care.

John D. Clayman
Admitted in Oklahoma and Texas
**FREDERIC DORWART, LAWYERS PLLC**
Old City Hall
124 East Fourth Street
Tulsa, Oklahoma 74103
(918) 583-9965 (Direct Tel. No.)
(918) 583-9922 (General Office No.)
(918) 584-2729 (Facsimile No.)
(918) 606-2974 (Mobile No.)
jclayman@fdlaw.com
Legal Assistant: Candace Caywood, ccaywood@fdlaw.com

**FREDERIC DORWART**
       **LAWYERS PLLC**

This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.

**From:** Clayman, John
**Sent:** Wednesday, February 2, 2022 5:29 PM
**To:** hdhofman@varnumlaw.com
**Cc:** Caywood, Candace <CCaywood@fdlaw.com>; Simms, Amber <asimms@fdlaw.com>; eparzianello@hspplc.com; kmajewski@hspplc.com; sdenenfeld@lewisreedallen.com; Clayman, John <JClayman@fdlaw.com>
**Subject:** BOKF/Ortiz v. Nelms (123.001) - Response to Subpoena

Good evening Mr. Hofman:

    Please see the attached. Thank you. Best regards.

John D. Clayman
Admitted in Oklahoma and Texas
**FREDERIC DORWART, LAWYERS PLLC**
Old City Hall
124 East Fourth Street

Tulsa, Oklahoma  74103
(918) 583-9965 (Direct Tel. No.)
(918) 583-9922 (General Office No.)
(918) 584-2729 (Facsimile No.)
(918) 606-2974 (Mobile No.)
jclayman@fdlaw.com
Legal Assistant:  Candace Caywood, ccaywood@fdlaw.com

**FREDERIC DORWART**
      **LAWYERS** PLLC

This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.